

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-24-00333-CV |
| A.E.C. and A.A.C., | § | Appeal from the |
| Children. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2017DCM4864) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order Appellant Angel Carrera to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 29th day of May 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ